IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JASON C. WRIGHT, | ) | Case No. 4:11-cv-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |
| | ) | |

Before me is the Report and Recommendation (ECF No. 19) of the United States Magistrate Judge recommending an Order be entered REVERSING the Commissioner's final decision and REMANDING this case to the Commissioner for further proceedings. This Report was filed on August 24, 2011 from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's final decision is **REVERSED,** and the case is hereby **REMANDED** to the Commissioner for further proceedings under Sentence Four of 42 U.S.C. § 405(g). The Clerk is hereby directed to dismiss this case from the docket of the court.

The Clerk is directed to send a copy of this Order to counsel as well as to Magistrate Judge Crigler.

ENTERED this 9th Day of September, 2011.

s/Jackson L. Kiser
Senior United States District Judge